UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

---

Matthew Locke, Case No. 0:23-cv-00571 (WMW/LIB)

Plaintiff,

v.

County of Hubbard, et al.,

Defendants.

---

**DECLARATION OF ASHLEY RAMSTAD**

---

I, **ASHLEY RAMSTAD**, do hereby depose and state as follows:

1. I am a licensed attorney in Minnesota and am one of the attorneys representing Hubbard County Defendants in this matter.

2. Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of the Criminal Complaint in Court File No. 29-CR-21-1429.

3. Attached hereto and incorporated herein as Exhibit 2 is Matthew Locke's Petition to Enter Guilty Plea in Court File No. 29-CR-21-1429.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 22, 2023

s/Ashley Ramstad
Ashley Ramstad