**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 24-1285

Matthew Locke

Appellant

v.

County of Hubbard, et al.

Appellees

------------------------------

Institute for Justice, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00571-WMW)

---

**MANDATE**

In accordance with the opinion and judgment of September 17, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 30, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit